# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EB5 CAPITAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 3:22-cv-3948-VC<br><br>[~~Proposed~~] ORDER GRANTING APPROVAL OF STIPULATION OF SETTLEMENT |
| BEHRING REGIONAL CENTER LLC,<br><br>    Plaintiff,<br><br>and<br><br>INVEST IN THE USA,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br>in his official capacity as Secretary of the Department of Homeland Security,<br><br>UR M. JADDOU,<br>in her official capacity as Director of the United States Citizenship & Immigration Services,<br><br>    Defendants. | Case No. 3:22-cv-2487-VC |

This matter came before the Court by joint motion of the parties to approve their stipulation of settlement. Upon consideration of the papers filed and the arguments heard, and being fully informed, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED THAT:**

(1) The Stipulation of Settlement is approved;

(2) The Stipulation of Settlement shall be implemented in accordance with its terms;

(3) These Actions and all claims asserted therein are hereby dismissed with prejudice; AND

(4) The Court shall retain jurisdiction over these matters as provided in the Stipulation of Settlement.

**IT IS SO ORDERED.**

DATED: September 1, 2022          By: _____
                                      Hon. Vince Chhabria
                                      United States District Court Judge